UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MATZE,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>PARLER, LLC, et al.,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-00826-ART-NJK<br><br>**ORDER** |

　　　This case proceeded in state court for some time, including conducting discovery. *See* Docket No. 22 at 2-3. Defendant filed a Chapter 11 bankruptcy petition and removed the case to federal court. *See, e.g.*, Docket No. 1. The parties have engaged in competing motion practice regarding venue and remand. *See* Docket Nos. 11, 20. The parties filed a status report which does not indicate how or whether discovery should proceed at this time. Accordingly, the parties must file a joint status report explaining: (1) whether discovery must cease in light of the bankruptcy filing, (2) if not, what discovery remains to be conducted, and (3) what schedule should be ordered for that discovery to be taken and for the case to proceed to resolution on its merits. This joint status report must be filed by June 18, 2024.

　　　IT IS SO ORDERED.

　　　Dated: June 4, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge