THEODORE PARKER, III, ESQ. (NV. 4716)
**PARKER NELSON & ASSOCIATES, CHTD.**
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 868-8000
Facsimile: (702) 868-8001
tparker@pnalaw.net

MICHAEL D. RAWLINS, ESQ. (NV 5467)
**MICHAEL D. RAWLINS, PPLC**
3271 E. Warm Springs Road
Las Vegas, Nevada 89120
Telephone: (702) 832-1670
Facsimile: (702) 979-3723
michael@rawlins.law

*Attorneys for Defendants NDMAscendant, LLC, and Rebekah Mercer*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MATZE, an individual,<br><br>                         Plaintiff,<br>vs.<br><br>PARLER LLC; NDMASCENDANT, LLC; JEFFREY WERNICK; MARK MECKLER; DAN BONGINO; REBEKAH MERCER; DOES 1-X, and ROE CORPORATIONS XI-XX,<br><br>                         Defendants. | CASE NO.: 2:24-CV-00826 ART-NJK<br><br>Related matter:<br>Ch. 11 Case No. 24-10755-CTG (Bankr. Delaware)<br><br>**NDMASCENDANT, LLC'S AND REBEKAH MERCER'S JOINDER IN DAN BONGINO'S MOTION TO STAY DISCOVERY** |

Defendants NDMAscendant, LLC ("**_NDMA_**") and Rebekah Mercer join Dan Bongino's Motion to Stay Discovery (Doc. 41). The grounds for a stay of discovery appear even stronger given the recent motion for leave to file a supplemental brief filed by Parlement Technologies, Inc. on August 22 (Doc. 44). That motion, and the proposed supplemental brief attached to it, show that the grounds for the Debtor's Motion to Transfer Venue (Doc. 11) are substantially bolstered by recent developments in the Parlement bankruptcy case. NDMA and Mercer

1

encourage the Court to take these developments into consideration when considering whether discovery should proceed in this case pending the ruling on motions that are likely to lead to transfer of this case to Delaware.

Dated this 29th day of August, 2024.

**MICHAEL D. RAWLINS, PLLC**

  /s/ Michael Rawlins
MICHAEL D. RAWLINS, ESQ.
Nevada Bar No. 5467
3271 E. Warm Springs Road
Las Vegas, Nevada 89120
*Attorneys for Defendants,
NDMAscendant, LLC, and
Rebekah Mercer*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Michael D. Rawlins PLLC and that, on this 29th day of August, 2024, I served a true and correct copy of the foregoing via electronic service through the Court's electronic filing/service system.

    /s/    *Michael Rawlins*