Paul Hejmanowski, Esq. (SBN #94)
Charles H. McCrea, Esq. (SBN #104)
PRHLAW LLC
520 South Fourth Street, Suite 360
Las Vegas, NV 89101
T| 702.834.6166
paul@prhlawllc.com
charles@prhlawllc.com

*Attorneys for JEFFREY WERNICK*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MATZE, an individual,<br><br>     Plaintiff,<br><br>v.<br><br>PARLER LLC, a Nevada limited liability company; et al.,<br><br>     Defendants.<br><br>AND ALL RELATED ACTIONS. | CASE NO. 2:24-cv-000826-ART-NJK<br><br>Related Matter:<br>Chapter 11 Case No. 24-10755-CTG<br>(Pending in the United States Bankruptcy Court for the District of Delaware)<br><br>**JEFFREY WERNICK'S JOINDER IN DAN BONGINO'S MOTION TO STAY DISCOVERY** |

  Defendant JEFFREY WERNICK hereby joins *Defendant Dan Bongino's Motion to Stay Discovery* (ECF No. 41), which is hereby incorporated by reference pursuant to FED. R. CIV. P. 10(c). Also incorporated by reference are the arguments set forth in the joinders to said motion filed by Defendant Mark Meckler (ECF No. 43) and Defendants NDMAscendant, LLC and Rebekah Mercer (ECF No. 45)

. . . .

. . . .

. . . .

DATED: August 29, 2024

PRHLAW<sub>LLC</sub>

By: /s/*Charles H. McCrea*
Paul Hejmanowski, Esq. (SBN #94)
Charles H. McCrea, Esq. (SBN #104)
520 South Fourth Street, Suite 360
Las Vegas, NV 89101
T 702.834.5677
paul@prhlawllc.com
charles@prhlawllc.com

*Attorneys for JEFFREY WERNICK*

## CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5(b), I hereby certify that on this 29th day of August, 2024, I caused the foregoing **JEFFREY WERNICK'S JOINDER IN DAN BONGINO'S MOTION TO STAY DISCOVERY** to be served by the Court's CM/ECF System on all parties and counsel of record.

/s/*Charles H. McCrea*