Robert P. Spretnak (Bar No. 5135)
LAW OFFICES OF ROBERT P. SPRETNAK
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob@spretnak.com

Edward D. Greim (admitted *pro hac vice*)
James M. Humphrey (admitted *pro hac vice*)
Matthew R. Mueller, (admitted *pro hac vice*)
GRAVES GARRETT GREIM LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Telephone: (816) 256-3181
Fax: (816) 256-5958
Email: edgreim@gravesgarrett.com, jhumphrey@gravesgarrett.com, mmueller@gravesgarrett.com

Attorneys for Defendant Mark Meckler

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN MATZE, | Case No.: 2:24-CV-000826-ART-NJK |
| Plaintiff, | |
| vs. | Related Matter: |
| PARLER LLC, ET AL., | Chapter 11 Case No. 24-10755-CTG |
| Defendant. | (Pending in the United States Bankruptcy Court for the District of Delaware) |
| | **DEFENDANT MARK MECKLER'S JOINDER TO AND IN DEFENDANT DAN BONGINO'S REPLY IN SUPPORT OF HIS MOTION TO STAY DISCOVERY** |
| | **ORAL ARGUMENT REQUESTED** |

1  Defendant Mark Meckler, by and through his attorneys, joins in and adopts the facts, arguments, and authorities in Defendant Dan Bongino's Reply in Support of His Motion to Stay Discovery [ECF No. 50].

This Joinder is made based on the points and authorities in Defendant Bongino's Motion to Stay Discovery [ECF No. 41] and the points and authorities in Defendant Bongino's Reply in Support of His Motion to Stay Discovery [ECF No. 50]. Those points and authorities are incorporated herein word for word as if fully set forth herein. Defendant Meckler also incorporates by this reference the related papers and pleadings on file, and such other and further oral and documentary evidence as may properly come before this Court as part of any hearing or any ruling on the issues before the Court on the Motion to Stay Discovery.

## **CONCLUSION**

For the reasons stated in Defendant Dan Bongino's Motion to Stay Discovery [ECF No. 41] and Reply in Support of His Motion to Stay Discovery [ECF No. 50], incorporated herein by reference, Defendant Mark Meckler respectfully requests that the Court grant the Motion to Stay Discovery, and for any other relief this Court deems just, proper, and equitable.

DATED this 5th day of September, 2024.

        Respectfully submitted,

        GRAVES GARRETT GREIM LLC
        By: */s/ James M. Humphrey*
        Edward D. Greim, Esq.(*pro hac vice*)
        James M. Humphrey, Esq. (*pro hac vice*)
        Matthew M. Mueller (*pro hac vice*)
        1100 Main Street, Suite 2700
        Kansas City, Missouri 64105

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq.
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

Attorneys for Defendant Mark Meckler

## CERTIFICATE OF SERVICE

I certify that on September 5, 2024, I caused to be served, through the CM/ECF electronic filing system of the United States District Court for the District of Nevada, a true and correct copy of the above and foregoing **Defendant Mark Meckler's Joinder to and in Defendant Dan Bongino's Reply in Support of His Motion to Stay Discovery.** to all persons on the Court's CM/ECF service list.

*/s/ James M. Humphrey*
Attorney for Defendant Mark Meckler