UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MATZE,<br><br>  Plaintiff(s),<br><br>v.<br><br>PARLER LLC, et al.,<br><br>  Defendant(s). | Case No. 2:24-cv-00826-ART-NJK<br><br>**Order**<br><br>[Docket No. 49] |

Pending before the Court is Plaintiff's motion to seal. Docket No. 49. That motion to seal was filed because Defendants Rebekah Mercer and Jeffrey Wernick designated certain material as confidential pursuant to the protective order entered in state court. *See id.* at 2. Mercer and Wernick now represent that they do not seek sealing of these documents. Docket Nos. 56, 57. Accordingly, the motion to seal is **DENIED** and the Clerk's Office is **INSTRUCTED** to unseal the subject filings.

IT IS SO ORDERED.

Dated: September 26, 2024

                                                                                    _____
                                                                                    Nancy J. Koppe
                                                                                    United States Magistrate Judge