James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
Jordan T. Smith, Esq., Bar No. 12097
JTS@pisanellibice.com
Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

*Attorneys for Plaintiff/Counterdefendant
John Matze*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MATZE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PARLER LLC; NDMASCENDANT, LLC; JEFFREY WERNICK; MARK MECKLER; DAN BONGINO; REBEKAH MERCER; DOES I-X, and ROE CORPORATIONS XI-XX,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS | CASE NO.: 2:24-cv-00826-ART-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(SECOND REQUEST)** |

The Parties, by and through their respective undersigned counsel, hereby submit this second stipulation to extend discovery deadlines.

## I. DISCOVERY COMPLETED TO DATE

Plaintiff/Counterdefendant John Matze ("Matze") has served his initial disclosures and supplemental disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1), including Matze's Ninth Supplemental Disclosure on December 18, 2024. Matze has served written discovery on Defendants Dan Bongino ("Bongino"), Rebekah Mercer ("Mercer"), Jeffrey Wernick

("Wernick"), and Mark Meckler ("Meckler") and Defendants/Counterdefendants Parler LLC ("Parler") and NDMAscendant, LLC ("NDMA") (collectively "Defendants"). All Defendants have served responses to Matze's discovery requests. Similarly, all Defendants have served their respective initial disclosures, with supplements as needed pursuant to Federal Rule of Civil Procedure 26(a)(1). Bongino, Mercer, and Meckler have served written discovery on Matze, to which Matze has responded. In addition, the parties have sought discovery from non-parties and are in the process of receiving and reviewing those responses.

## II.   DISCOVERY REMAINING TO BE COMPLETED

The Parties need to continue to exchange written discovery, and address outstanding issues regarding the Parties productions and discovery responses. The Parties also need to complete the depositions of those individuals identified in their respective disclosures. In addition, the parties also need to conduct expert discovery.

## III.   REASONS WHY REMAINING DISCOVERY CANNOT BE COMPLETED

The parties respectfully request to extend the remaining discovery deadlines by sixty (60) days to accommodate continued document production efforts and time to resolve pending disputes, including those which may impact expert disclosures. Furthermore, this Court is set to hear Parler's Motion to Change Venue (ECF No. 11) and Matze's Countermotion to Remand (ECF No. 20) on January 16, 2025. Additionally, a stay is currently in place as to Parler because of its bankruptcy, resulting in delays in discovery. There is a pending litigation in the United States District Court Southern District of Florida[1] of related to Matze's FRCP 30(b)(6) subpoena to the Rebekah A. Mercer 2020 Irrevocable Trust, seeking information necessary to expert discovery.

## IV.   PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

The proposed discovery schedule set forth below extends the remaining discovery deadlines by sixty (60) days:

---

[1]   Case No. 9:24-mc-81254-RLR

| Description | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Discovery | 03/17/2025 | **05/16/2025** |
| Reports from Retained Experts | 01/13/2025 | **03/17/2025** |
| Rebuttal Experts | 02/14/2025 | **04/16/2025** |
| Dispositive Motions | 04/14/2025 | **06/16/2025** |
| Joint Pretrial Order | 05/14/2025, or 30 days after resolution of dispositive motions | **07/16/2025, or 30 days after resolution of dispositive motions** |

DATED this 23rd day of December, 2024

**PISANELLI BICE PLLC**

By: */s/ Emily A. Buchwald*
    James J. Pisanelli, Esq.
    Todd L. Bice, Esq.
    Debra L. Spinelli, Esq.
    Jordan T. Smith, Esq.
    Emily A. Buchwald, Esq.
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101

*Attorneys for Plaintiff, John Matze*

DATED this 23rd day of December, 2024

**SMITH GAMBRELL & RUSSELL, LLP**

By: */s/ Michael A. Kolcun*
    Michael A. Kolcun, Esq.
    201 North Franklin Street, Suite 3550
    Tampa, Florida 33602

    James Patrick Shea, Esq.
    Bart K. Larsen, Esq.
    Kyle M. Wyant, Esq.
    SHEA LARSEN
    1731 Village Center Circle, Suite 150
    Las Vegas, Nevada 89134

*Attorney for Defendant, Dan Bongino*

DATED this 23rd day of December, 2024

**MICHAEL D. RAWLINS, PLLC**

By: */s/ Michael D. Rawlins*
    Michael D. Rawlins, Esq.
    3271 E. Warm Springs Rd.
    Las Vegas, Nevada 89120

    Theodore Parker, III, Esq.
    PARKER NELSON &
      ASSOCIATES, CHTD.
    2460 Professional Court, Suite 200
    Las Vegas, Nevada 89128

*Attorneys for Defendants,*
*NDMAscendant, LLC and Rebekah Mercer*

DATED this 23rd day of December, 2024

**PRHLAW LLC**

By: */s/ Charles H. McCrea*
    Paul Hejmanowski, Esq.
    Charles H. McCrea, Esq.
    520 South Fourth Street, Suite 360
    Las Vegas, Nevada 89101

*Attorneys for Defendant, Jeffrey Wernick*

IT IS SO ORDERED.
Dated:  December 24, 2024
.
_____
United States Magistrate Judge

3

1  DATED this 23rd day of December, 2024

2  **LAW OFFICES OF ROBERT P. SPRETNAK**

3

4  By:   */s/ Robert P. Spretnak*
       Robert P. Spretnak
5      8275 S. Eastern Avenue, Suite 200
       Las Vegas, Nevada 89123
6
       Edward D. Greim, Esq.
7      James M. Humphrey, Esq.
       Matthew R. Mueller, Esq.
8      GRAVES GARRETT GREIM LLC
       1100 Main Street, Suite 2700
9      Kansas City, Missouri 64105

10  *Attorney for Defendant, Mark Meckler*

4